IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Bailey Akin,<br><br>            Plaintiff,<br><br>        v.<br><br>United States Citizenship and Immigration Services, *et al.*,<br><br>            Defendants. | No. CV-23-00492-PHX-JJT<br><br>**ORDER** |

The Court having considered the parties' Stipulation for Dismissal (Doc. 15), and good cause appearing,

**IT IS ORDERED** granting the parties' Stipulation for Dismissal (Doc. 15). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all pending hearings and motions are vacated.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 26th day of July, 2023.

Honorable John J. Tuchi
United States District Judge